Case 2:09-cr-00303-DB-SA   Document 25   Filed 06/18/09   Page 1 of 2

STEVEN B. KILLPACK, Federal Defender (#1808)
HENRI SISNEROS, Assistant Federal Defender (#6653)
**UTAH FEDERAL DEFENDER OFFICE**
American Towers Plaza
46 West Broadway, Suite 110
Salt Lake City, Utah   84101
Telephone: (801) 524-4010

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN L. SHRADER,<br><br>Defendant. | **APPEARANCE OF COUNSEL**<br><br>Case No. 2:09 CR 303 DB |
|---|---|

HENRI SISNEROS, Assistant Federal Defender, hereby enters his appearance as counsel for the defendant, STEVEN L. SHRADER.

DATED this 18th day of June, 2009.

/s/ Henri Sisneros
HENRI SISNEROS
Assistant Federal Defender

## CERTIFICATE OF DELIVERY

     I HEREBY CERTIFY that on the 18th day of June, 2009, a true and correct copy of the foregoing **APPEARANCE OF COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

Carlie Christensen
Assistant United States Attorney

Richard D. McKelvie
Assistant United States Attorney

Cy H. Castle
Assistant United States Attorney

                                            /s/ V. Williams
                                            UTAH FEDERAL DEFENDER OFFICE