# United States District Court ~SEAL~

## DISTRICT OF UTAH, CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Carl Lavern Crites et al**

**WARRANT FOR ARREST**

**CASE NUMBER: 2:09cr00303-004 DB**

To: The United States Marshal
and any Authorized United States Officer

*FILED IN U.S. DISTRICT COURT*
*2009 JUL 28 P 12:55*
*DISTRICT OF UTAH*
*BY: _____ DEPUTY CLERK*

**ORIGINAL**

YOU ARE HEREBY COMMANDED to arrest **STEVEN L. SHRADER**
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Trafficking in Stolen Artifacts**

in violation of **18:641** United States Code.

| | |
|---|---|
| D. Mark Jones | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | May 27, 2009 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Ryan Robertson, Deputy Clerk | |

*RECEIVED UNITED STATES MARSHAL DISTRICT OF UTAH '09 MAY 28 A8:49*

Bail fixed _____ by _____
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

**SUSPECT ARRESTED**
**AND ARRAIGNED ON**
**6-12-09 IN THE**
**DISTRICT**
**OF New Mexico**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | FBI |
| DATE OF ARREST | | |