FILED
U.S. DISTRICT COURT

2009 AUG 14  P 2:09

DISTRICT OF UTAH

BY: _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 2:09 CR 00303 |
| Plaintiff, | : | |
| vs. | : | **ORDER GRANTING LEAVE TO FILE DISMISSAL** |
| CARL LAVERN CRITES, RICHARD RAYMOND BOURRET, MARIE VIRGINIA CRITES and STEVEN L. SHRADER, | : | |
| | : | Hon. Dee Benson |
| Defendants. | : | |

Based upon the motion of the United States, and for good cause appearing, the Court hereby grants leave to the United States under Fed. R. Crim. P. 48(a) to dismiss Counts 1 and 2 of the Indictment against the defendant, Steven L. Shrader.

DATED this 14th day of August, 2009.

BY THE COURT:

_____
HON. DEE BENSON
United States District Judge