BRETT L. TOLMAN, United States Attorney (#8821)
CARLIE CHRISTENSEN, Assistant United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 2:09 CR 00303 |
| Plaintiff, | : | |
| vs. | : | **DISMISSAL OF COUNTS 1 AND 2 OF THE INDICTMENT AGAINST DEFENDANT SHRADER** |
| CARL LAVERN CRITES, RICHARD RAYMOND BOURRET, MARIE VIRGINIA CRITES and STEVEN L. SHRADER, | : | |
| Defendants. | : | Hon. Dee Benson |

---

Pursuant to Fed. R. Crim. P. 48(a) and this Court's Order granting the United States'

motion for leave of court, the United States hereby dismisses Counts 1 and 2 of the Indictment

against the Defendant, Steven L. Shrader.

DATED this 18th day of August, 2009.

BRETT L. TOLMAN


/s/ Carlie Christensen
CARLIE CHRISTENSEN
RICHARD D. McKELVIE
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States and that a copy of the

United States' Dismissal of Counts 1 and 2 of the Indictment Against Defendant Shrader was

electronically transmitted to all parties named below, this <u>18th</u> day of August, 2009:


**Henri R. Sisneros**
UTAH FEDERAL DEFENDER OFFICE
46 W BROADWAY STE 110
SALT LAKE CITY , UT 84101

**Walter F. Bugden**
BUGDEN & ISAACSON LLC
445 E 200 S STE 150
SALT LAKE CITY , UT 84111

**Mark R Moffat**
BROWN BRADSHAW & MOFFAT
10 W BROADWAY STE 210
SALT LAKE CITY , UT 84101

**Richard P. Mauro**
43 E 400 S
SALT LAKE CITY , UT 84111


/s/ Christine Allred
Legal Assistant